**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JORDAN HAMPTON                                                                                          PLAINTIFF
ADC #141568

V.                                      NO: 5:15CV00166 JLH/PSH

JOE VETTER *et al*                                                                                      DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

      The following recommended disposition has been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

      Mail your objections to:

          Clerk, United States District Court
          Eastern District of Arkansas
          600 West Capitol Avenue, Suite A149
          Little Rock, AR 72201-3325

**DISPOSITION**

      On January 11, 2016, after mail sent to plaintiff at his Arkansas Department of Correction address of record was returned as undeliverable, the Court entered an order directing him to file a notice of his current mailing address within 30 days, and warning him that his failure to do so would result in the recommended dismissal of his complaint (docket entry 32).  Although more than 30 days have passed, plaintiff has not provided his updated address or otherwise responded to the order.

Additionally, mail continues to be returned, with a notation indicating that plaintiff has been paroled (docket entry 38). Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE