**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JORDAN HAMPTON                                                                              PLAINTIFF
ADC #141568

v.                                               NO. 5:15CV00166 JLH

JOE VETTER, *et al*.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE